539 U.S. 966
 Castillo-Perez
v.
United States
Duran-Rivas
v.
United States
Gabarete-Guardado
v.
United States
Guillen-Segura
v.
United States
Hernandez-Santiago
v.
United States
Iraheta-Barrera, aka Diaz-Hernandez
v.
United States
Jimenez-Aguilera
v.
United States
Lanza-Chan
v.
United States
Lopez-Guzman
v.
United States
Lopez-Salas
v.
United States
Ortiz-Zacarias
v.
United States
Carlos Rivera
v.
United States
Rodriguez
v.
United States
Sanchez-Quijano
v.
United States
Sanchez-Ramos
v.
United States
Servin-Mendez
v.
United States
Medellin Tovias
v.
United States
Zamora-Ramirez
v.
United States
Bolanos-Morales
v.
United States and
Terminel-Barrios
v.
United States.
 No. 02-10770.
 Supreme Court of United States.
 June 27, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 61 Fed. Appx. 920, 61 Fed. Appx. 922, 67 Fed. Appx. 246, 61 Fed. Appx. 921, 61 Fed. Appx. 920, 61 Fed. Appx. 920, 61 Fed. Appx. 921, 61 Fed. Appx. 921, 67 Fed. Appx. 247, 61 Fed. Appx. 921, 61 Fed. Appx. 920, 61 Fed. Appx. 920, 67 Fed. Appx. 246, 61 Fed. Appx. 920, 67 Fed. Appx. 246, 61 Fed. Appx. 920, 61 Fed. Appx. 921, 61 Fed. Appx. 921, 61 Fed. Appx. 920, 67 Fed. Appx. 246.